Mamaroneck Sash, Door and Trim Company, Inc., Respondent, v. Francis B. Wood and Hattie G. Wood, Appellants, and Another, Defendant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr and Rich, JJ., concurred; Mills, J., taking no part.

Lillian McCloskey, an Infant, by William J. S. McCloskey, Her Guardian ad Litem, Respondent, v. John Buckley and The City of New York, Appellants.— Reargument ordered, and case set down for Thursday, November 4, 1915. Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred.

Elizabeth McWhirter, Appellant, v. Irene U. Payntar, Respondent.— Order affirmed, with ten dollars costs and disbursements. We think that the judgment as entered on March 25, 1914, was sufficient compliance with section 1010 of the Code of Civil Procedure. (*Garrett* v. *Wood*, 57 App. Div. 242.) It is clear enough that the Special Term that tried the case intended to nonsuit the plaintiff from the court's reference to section 1021 of the said Code in its memorandum of October 28, 1914. An application to amend the judgment so that such disposition should affirmatively appear might well be made. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

The People of the State of New York ex rel. Peoples Pulpit Association, Respondent, v. Lawson Purdy and Others, as Commissioners of Taxes, etc., of the City of New York, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

Martha T. Smith and Others, Appellants, v. Edward H. L. Smith and Others, as Members of and Together Constituting the Board of Supervisors of Suffolk County, and Others, Respondents.— There is no cogent reason why we should dispose of this case upon the merits on the appeal from the order. For aught that appears, the issues can be tried speedily. The merits can be considered upon an appeal from the judgment. Order affirmed, without costs. Jenks, P. J., Carr, Stapleton, Mills and Putnam, JJ., concurred.

Joseph M. Wright, Respondent, v. Arthur B. Clark and Others, Appellants.— Judgment affirmed by default, with costs. Jenks, P. J., Stapleton, Rich and Putnam, JJ., concurred; Mills, J., taking no part.

C. Ludwig Baumann & Company, Brooklyn, Respondent, v. Amelia Baumann and Others, Appellants.— Judgment affirmed, with costs. We think that on the evidence of the defendant Amelia Baumann, and in the light of the proofs adduced by the plaintiff, the trial court was justified in finding that the use of the name "Baumann," without any other designation, by the defendants, was not in good faith. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.